NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

───────────────

**IN RE ROTATABLE TECHNOLOGIES, LLC**

───────────────

2015-1213

───────────────

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00248.

───────────────

**O R D E R**

Rackspace Hosting, Inc. informs the court that it will not be participating in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The revised official caption is reflected above. The Deputy Director should promptly inform the court if she intends to participate in this appeal.

                                  FOR THE COURT

                                  /s/ Daniel E. O'Toole
                                  Daniel E. O'Toole
                                  Clerk of Court

s25