NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: ROTATABLE TECHNOLOGIES, LLC,**
*Appellant*

---

2015-1213

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00248.

---

**JUDGMENT**

---

TAREK N. FAHMI, Ascenda Law Group, PC, San Jose, CA, argued for appellant.

SARAH E. CRAVEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by NATHAN K. KELLEY, SCOTT WEIDENFELLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>August 14, 2015</u><br>Date | <u>/s/ Daniel E. O'Toole</u><br>Daniel E. O'Toole<br>Clerk of Court |